```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 17967
   BRIGETTE L RAMEY
                                           CHAPTER 13

                                           JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-2653


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 07/11/08 .

    2.   The case was dismissed without confirmation, 10/31/2008.

    3.   The Debtor paid a total of $    300.00 .

    4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DRIVE FINANCIAL SERVICES | SECURED VEHIC | .00 | .00 | 283.10 |
| ADVENTIST BOLINGBROOK ME | UNSECURED | NOT FILED | .00 | .00 |
| APPROVED AUTO SALES & FI | UNSECURED | NOT FILED | .00 | .00 |
| B&L MARKETING | UNSECURED | NOT FILED | .00 | .00 |
| BARONS CREDITORS SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| BOLINGBROOK FAMILY MEDIC | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| FOCUS RECEIVABLE MGMT | UNSECURED | NOT FILED | .00 | .00 |
| GLOBAL PAYMENTS | UNSECURED | NOT FILED | .00 | .00 |
| GREATER SUBURBAN ACCEPTA | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE COUNTY | UNSECURED | NOT FILED | .00 | .00 |
| HEIGHTS FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| IMAGINE | UNSECURED | NOT FILED | .00 | .00 |
| ALLIANCE ONE INC | UNSECURED | NOT FILED | .00 | .00 |
| MED BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | NOT FILED | .00 | .00 |
| SGQ PROCESSING | UNSECURED | NOT FILED | .00 | .00 |
| STATE COLLECTION SRV | UNSECURED | NOT FILED | .00 | .00 |
| SUMMIT CENTER | UNSECURED | NOT FILED | .00 | .00 |

```
TOTAL LENDING INC            UNSECURED      NOT FILED              .00           .00
UNITED COLLECTIONS           UNSECURED      NOT FILED              .00           .00
US BANK                      UNSECURED      NOT FILED              .00           .00
WASHINGTON MUTUAL CARD S     UNSECURED      NOT FILED              .00           .00
WOODFOREST NATIONAL BANK     UNSECURED      NOT FILED              .00           .00
CITY OF CAIRO                UNSECURED      NOT FILED              .00           .00
COMCAST                      UNSECURED      NOT FILED              .00           .00
```

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 283.10 | .00 | .00 | .00 | 283.10 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 283.10 | .00 | .00 | .00 | 283.10 |

The Debtor's attorney, LEEDERS & ASSOC LTD           , was allowed $   3500.00
and was paid $    770.00   direct and $       .00   through the plan.

The Trustee received $     16.90 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 01/21/09                  /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 08 B 17967 BRIGETTE L RAMEY